# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**ANITA TAYLOR**

      vs.                                       **CASE NUMBER: 3:08-CV-846**
                                                                             **(VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that the Commissioner of Social Security's motion for judgment on the pleadings is DENIED and Plaintiff's motion for judgment on the pleadings is GRANTED. Judgment is hereby entered in favor of the Plaintiff.  This action is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405 (g) for further administrative proceedings.

All of the above pursuant to the Order of the Honorable Magistrate Judge Victor E. Bianchini, dated the 16th day of March, 2011.

DATED: March 16, 2011

*[Signature]*
Clerk of Court

                                                            s/
Melissa Ennis
Deputy Clerk